**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| O.P.E.N. America Incorporated,<br><br>        Petitioner,<br><br>v.<br><br>Ruth LLC, et al.,<br><br>        Respondents. | **NO. CV-18-03780-PHX-JAT**<br><br>**STANDARD CIVIL TRACK INITIAL ORDER** |

Pursuant to the mandate of the Differentiated Case Management system set forth in Rule 16.2 of the Rules of Practice of the United States District Court for the District of Arizona [hereinafter the "Local Rules"], this action, commenced on November 5, 2018, is designated a **STANDARD TRACK** case.  Accordingly,

**IT IS ORDERED**, if not already accomplished prior to the date of this Order, that Plaintiff(s) shall effect service of the Complaint and Summons upon all Defendants **no later than 90 days** after the filing of the Complaint.  This shall serve as notice to the Plaintiff under Rule 4(m) of the Federal Rules of Civil Procedure that the Court shall dismiss this action without further notice to the Plaintiff with respect to any Defendant named in the Complaint that is not served in accordance with Rule 4 of the Federal Rules of Civil Procedure within that 90-day period.

**IT IS FURTHER ORDERED** that the parties must comply with Gen. Ord. No. 17-08 (D. Ariz. Apr. 14, 2017) regarding the mandatory initial discovery responses.

**IT IS FURTHER ORDERED** that full compliance with Federal Rule of Civil Procedure 7.1 (filing of a Corporate Disclosure Statement) is required by plaintiff(s) and defendant(s), if applicable.  A Corporate Disclosure Statement form is available under Operations and Filings, Forms on the district court website at www.azd.uscourts.gov.

**THE PARTIES ARE CAUTIONED that it is the practice of this Court to not extend the Dispositive Motion Deadline beyond the two-year anniversary of the case being filed in or removed to Federal Court, nor to allow the Discovery Cut-Off to extend beyond 30 days before the Dispositive Motion Deadline.**  Accordingly, delays in effectuating service of process, the filing of or pendency of motions, settlement discussions or mediation, etc., will not be considered as justification to exceed the above-referenced two-year deadline.  Furthermore, it is the practice of this Court to wait until the Final Pretrial Conference to set the trial date.  For this reason the Court will set deadlines at the Rule 16 Scheduling Conference for filing motions to amend the pleadings.  The parties are admonished that "there is no trial date set" will not be an excuse for late motions to amend the pleadings, failing to complete discovery, or other requests for extensions of deadlines.

**THE PARTIES ARE FURTHER CAUTIONED** that, pursuant to Local Rule of Civil Procedure 7.2(i), their failure to serve and file the required responsive memorandum to a motion **"may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."**

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant(s) with a copy of this Order.

Dated this 7th day of November, 2018.

_____
James A. Teilborg
Senior United States District Judge