**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
André H. Merrett (No. 020889)
Kristin Paiva (No. 026338)
Nicole M. Stewart (No. 032500)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  amerrett@thorpeshwer.com
Email:  kpaiva@thorpeshwer.com
Email:  nstewart@thorpeshwer.com

*Attorneys for Petitioner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. AMERICA, INC., d/b/a OPENWORKS,<br><br>                    Petitioner,<br><br>v.<br><br>RUTH, LLC, a Colorado limited liability company; and RUTH MARK, an individual,<br><br>                    Respondents. | NO. 2:18-cv-03780-JAT<br><br>**ACCEPTANCE OF SERVICE OF PETITION TO COMPEL ARBITRATION** |

   To:   William L. Thorpe
         André H. Merrett
         Kristin Paiva
         Nicole M. Stewart
         Thorpe Shwer, P.C.
         3200 North Central Avenue, Suite 1560
         Phoenix, Arizona  85012-2441

8909621

I have received your request to accept service of the Petition to Compel Arbitration Pursuant to 9 U.S.C. § 4 filed in this action on behalf of Respondents Ruth, LLC and Ruth Mark. I have received a copy of the petition, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity and individual I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of service.

I also understand that I, or the entity and individual I represent, must file and serve a response to the petition within 60 days from **December 6, 2018**. Failure to do so will result in a default judgment being entered against the entity and individual I represent.

DATED this 6th day of December, 2018.

By: /s/ David Seligman
David H. Seligman
Alexander N. Hood
Towards Justice
1410 High Street, Suite 300
Denver, Colorado 80218
**Attorneys for Respondents**