DAVID SELIGMAN (Colo. Bar No. 49394)
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
david@towardsjustice.org
*Attorney for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America Inc., d/b/a OpenWorks; <br><br> Petitioner, <br><br> v. <br><br> Ruth LLC; <br> Ruth Mark; <br><br> Respondents. | No. 18-cv-03780-JAT <br><br> **UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PETITION TO COMPEL ARBITRATION (First Request)** |

Respondents Ruth Mark and Ruth, LLC move for a 7-day extension of the deadline for the filing of a response to the petition. The response is currently due on February 4, 2019. If this motion were granted, that response would be due on February 11, 2019.

Respondents have not yet sought any extensions of time. Petitioner does not oppose this motion. Respondents are filing the motion so soon before the deadline because they have been working with Petitioner over the past several days to come to an agreement on this extension at the same time that they come to an agreement on a motion to stay related litigation in the District of Colorado.

There is ample good cause for this modest extension of time. Respondents' counsel is currently seeking approval of two large class actions in the District of Colorado and is

1

engaged in extensive discovery in two others. Additionally, Respondents' counsel is litigating an Administrative Procedure Act case against the federal government that had been stayed during the government shutdown, but which requires immediate action between now and February 15, when the government may shutdown again. Finally, one of the four full-time attorneys working at the organization representing Respondents recently stepped down from her role for family reasons and the organization has not yet hired a replacement, but it is working to do so.

DATED this 1st day of February, 2019.

Respectfully Submitted,

s/*David H. Seligman*
David H. Seligman
Towards Justice
1410 High Street, Suite 300
Denver, CO 80218
Tel.: 720-248-8426
Fax: 303-957-2289
Email: david@towardsjustice.org

**Certificate of Service**

I hereby certify that on February 1, 2019 I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

                                               s/David H. Seligman  
                                               David H. Seligman