**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
André H. Merrett (No. 020889)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  amerrett@thorpeshwer.com

*Attorneys for Petitioner*

**TOWARDS JUSTICE**
David H. Seligman
1410 High Street, Suite 300
Denver, Colorado 80218
Telephone:  (720) 441-2236
Email:  david@towardsjustice.org

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America, Inc., d/b/a OpenWorks,<br><br>                Petitioner,<br><br>v.<br><br>Ruth, LLC, a Colorado limited liability company; and Ruth Mark, an individual,<br><br>                Respondents. | NO. 2:18-cv-03780-JAT<br><br>**JOINT CASE MANAGEMENT PLAN** |

Pursuant to this Court's Order filed May 23, 2019 (Doc. 22), the parties, through undersigned counsel, Order, herby submit this Joint Case Management Report.

## I.  MEETING OF COUNSEL AND PREPARATION OF REPORT

All counsel of record for the parties participated in a telephonic conference on May 29 and June 2, 2019. As a result of those calls and subsequent consultation, the parties have agreed to propose the following schedule to this Court.

## II. DISCOVERY

The parties propose a deadline for the completion of all discovery of **September 6, 2019**. Discovery will be limited to issues regarding personal jurisdiction in Arizona, contract formation, and unconscionability (including effective vindication). Further, the parties propose the following discovery limits:

- Up to three (3) depositions per side;
- Up to 10 requests for production per side, to be responded to within <u>20 days</u> of service;
- Up to 3 subpoenas *duces tecum* to non-parties reasonably believed to have relevant documents in their possession, custody or control;
- Up to 10 interrogatories per side, to be responded to within <u>20 days</u> of service;[1] and
- Up to 10 requests for admissions per side.

## III. MOTIONS

On or before **September 13, 2019**, Petitioner will file its Motion to Compel Arbitration Pursuant to 9 U.S.C. § 4 and Respondents may renew their motions to dismiss for lack of personal jurisdiction and any motion to dismiss based on the first-to-file rule by that same date. The parties further agree that they may also file a motion for summary judgment in this action if appropriate by this date.

## IV. TRIAL AND MOTIONS IN LIMINE

The parties will be ready for trial of this matter on **November 18, 2019** or **December 9, 2019**. The parties anticipate that trial will last two (2) days. The parties further propose that all motions in limine will be due 21 days before the trial date, with responses thereto due 7 days before trial. In their Objection to Petition to Compel Arbitration Pursuant to 9 U.S.C. § 4 and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (the "Objection") (Doc. 14), Respondents requested a jury trial in this matter pursuant to 9 U.S.C. § 4. *See* Objection at p.7 n.2. Respondents renew that request here.

---

[1] The parties agree that all written discovery and responses thereto shall be served by email.

RESPECTFULLY SUBMITTED this 3rd day of June 2019.

THORPE SHWER, P.C.

By */s/ William L. Thorpe*
William L. Thorpe
André H. Merrett

*Attorneys for Petitioner*

TOWARDS JUSTICE

By */s/ David Seligman*
David Seligman

*Attorneys for Respondents*

3

9095916

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system and U.S. Mail to:

David H. Seligman
Towards Justice
1410 High Street, Suite 300
Denver, Colorado 80218
**Attorneys for Respondents**

*/s/ Joan Peralta*

9095916