SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
ZACHARY R. CORMIER, SB #034594
Zachary.Cormier@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Petitioner O.P.E.N. America, Inc. dba OpenWorks*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America, Inc., d/b/a OpenWorks,<br><br>Petitioner,<br><br>v.<br><br>Ruth, LLC, a Colorado limited liability company; and Ruth Mark, an individual,<br><br>Respondents. | No. 2:18-cv-03780-JAT<br><br>**PETITIONER OPENWORK'S NOTICE OF SERVICE OF DISCOVERY** |

**TO: THE COURT, RESPONDENTS AND THEIR ATTORNEYS OF RECORD**

Notice is hereby given that Petitioner O.P.E.N. America, Inc. dba OpenWorks, LLC, by and through counsel undersigned, served its First Set of Interrogatories and Request for Production of Documents upon Respondents on July 18, 2019.

DATED this 19th day of July, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  /s/ Sean P. Healy
    Sean P. Healy
    Zachary R. Cormier
    *Attorneys for Petitioner O.P.E.N. America, Inc. dba OpenWorks*



4845-4304-6813.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I electronically transmitted the foregoing **NOTICE OF SERVICE OF DISCOVERY (FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS)** to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ DC Hatheway

4845-4304-6813.1

2