SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
ZACHARY R. CORMIER, SB #034594
Zachary.Cormier@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Petitioner O.P.E.N. America, Inc.
dba OpenWorks*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America, Inc., d/b/a OpenWorks,<br><br>Petitioner,<br><br>v.<br><br>Ruth, LLC, a Colorado limited liability company; and Ruth Mark, an individual,<br><br>Respondents. | No. 2:18-cv-03780-JAT<br><br>**PETITIONER OPENWORK'S NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

**TO: THE COURT, RESPONDENTS, AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Petitioner O.P.E.N. America, Inc. dba OpenWorks, LLC ("OpenWorks"), by and through counsel undersigned, served the following on July 22, 2019:

1) Petitioner OpenWorks' Objections and Answers to Respondent Ruth Mark's First Set of Interrogatories;

2) Petitioner OpenWorks' Objections and Responses to Respondents' First Request for Production of Documents;

3) Verification of OpenWorks' Objections and Responses to Respondents' First Set of Interrogatories; and,

4) Verification of OpenWorks' Objections and Responses to Respondents' First Request for Production of Documents.

4824-2265-1293.1

1  DATED this 23rd day of July, 2019.

2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

4  By  /s/Zachary R. Cormier
    Sean P. Healy
    Zachary R. Cormier
    *Attorneys for Petitioner O.P.E.N. America, Inc. dba OpenWorks*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2019, I electronically transmitted the foregoing **NOTICE OF SERVICE OF DISCOVERY (FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS)** to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

*/s/Lisa Graves*

4824-2265-1293.1

3