SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
ZACHARY R. CORMIER, SB #34594
Zachary.Cormier@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Petitioner O.P.E.N. America, Inc.
d/b/a OpenWorks

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America, Inc., d/b/a OpenWorks,<br><br>        Petitioner,<br><br>vs.<br><br>Ruth, LLC, a Colorado limited liability Company; and Ruth Mark, an individual,<br><br>        Respondents. | No. 2:18-CV-03780-PHX-JAT<br><br>**PETITIONER OPENWORKS' NOTICE OF DEPOSITION FOR RESPONDENT RUTH MARK** |

Pursuant to FED. R. CIV. P. 26 and 30, Petitioner O.P.E.N. America, Inc. d/b/a OpenWorks ("OpenWorks") hereby provides notice that OpenWorks, through undersigned counsel, will take the deposition upon oral examination of **Respondent Ruth Mark** before an officer authorized by law to administer oaths. The deposition will be recorded by stenographic means and will be videotaped.

**Place Of Deposition:**   Lewis Brisbois Bisgaard & Smith, LLP
                          2929 N. Central Ave. #1700
                          Phoenix, Arizona 85012

**Date/Time of Deposition:** August 27, 2019; 10:00 a.m. PST



4851-2206-8894.1

1   Respectfully submitted this 31st day of July, 2019.

2                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

4                           By:   */s/ Zachary R Cormier*
5                                 Sean P. Healy
                                  Zachary R. Cormier
6                                 *Attorneys for Petitioner OpenWorks*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically transmitted the foregoing **PETITIONER OPENWORKS' NOTICE OF DEPOSITION OF RESPONDENT RUTH MARK** to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

　　　*/s/ Lisa Graves*

50031-812

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-2206-8894.1                    3