# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.P.E.N. America, Inc., d/b/a OpenWorks,<br><br>Petitioner,<br><br>vs.<br><br>Ruth, LLC, a Colorado limited liability Company; and Ruth Mark, an individual,<br><br>Respondents. | No. CV-18-3780-PHX-JAT<br><br>**ORDER RE STIPULATION MODIFYING BRIEFING SCHEDULE** |

Upon Stipulation of the parties (Doc. 34) and for good cause shown, and in accordance with this Court's prior orders,

**IT IS ORDERED** as follows:

1. The deadline to file the joint brief as to the propriety of trial by jury is extended to September 16, 2019 at 9:00 a.m. MST.

2. The deadline to file the Motions listed in Doc. 34 at 1 is extended to September 23, 2019 at 9:00 a.m. MST.

3. The parties shall file their opposition to any Motion no later than October 15, 2019, at 9:00 a.m. MST.

4. The parties shall file reply briefs in support of any Motion no later than October 28, 2019, at 9:00 a.m. MST.

5. All other deadlines remain unchanged. The parties are reminded that a "Notice of Settlement" does not vacate or continue any deadlines in this case. (*See* Doc. 25 at 4).

Dated this 5th day of September, 2019.

James A. Teilborg
Senior United States District Judge

2